IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUONGAMOL DEESOMJIT, and SARITDEJ DEESOMJIT, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO.: CIV-2013-530-D |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § | |
| Defendant. | § | JURY DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Duongamol Deesomjit and Saritdej Deesomjit, and Defendant State Farm Fire and Casualty Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

s/ [signature]
*(signed by filing attorney with permission of Plaintiffs' attorney)*
Timothy B. Hummel, OBA# 16511
HUMMEL LAW OFFICE
500 West Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300
(405)319-0350 – facsimile
**COUNSEL FOR PLAINTIFFS**

And

s/Benjamin Kemble
David V. Jones, OBA #19611
Benjamin G. Kemble, OBA #21006
JONES ANDREWS & ORTIZ
21 East Main Street, Suite 101
Oklahoma City, Oklahoma 73104
(405) 601-8713
(405) 232-8330 facsimile
**COUNSEL FOR DEFENDANT**
**ATTORNEYS FOR STATE FARM**